JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN CIOTTA, | ) | Case No. LA CV 19-03344-VBF(AS) |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| S. FRAUENHEIM (Warden), | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: July 17, 2019

_Valerie Baker Fairbank_
Hon. Valerie Baker Fairbank
Senior United States District Judge